UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LAWRENCE EDWARD SLAUGHTER II,

       Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

**(Felon in Possession of a Firearm)**

On or about September 23, 2022, in Berrien County, in the Southern Division of the Western District of Michigan,

LAWRENCE EDWARD SLAUGHTER II

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock, Model 17 Gen 4, 9mm caliber pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2

### (Possession of a Machinegun)

On or about September 23, 2022, in Berrien County, in the Southern Division of the Western District of Michigan,

LAWRENCE EDWARD SLAUGHTER II

knowingly possessed a loaded Glock, Model 17 Gen 4, 9mm caliber pistol with a machinegun conversion device installed, knowing it shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

## FORFEITURE ALLEGATION

**(Felon in Possession of a Firearm and Possession of a Machinegun)**

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) or 18 U.S.C. § 922(o), set forth in Counts 1 and 2 of this Indictment, Defendant,

LAWRENCE EDWARD SLAUGHTER II,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense. The property to be forfeited includes, but is not limited to a Glock, Model 17 Gen 4, 9mm pistol (sn: BAGS031) with an attached conversion device, and the 9mm ammunition that was loaded in the firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
LATOYIA T. CARPENTER
Assistant United States Attorney

3